**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| JANE DOE 1 (T.H.), individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>G6 HOSPITALITY LLC.; G6 HOSPITALITY, IP, LLC; G6 HOSPITALITY PROPERTY, LLC; G6 HOSPITALITY PURCHASING, LLC; MOTEL 6 OPERATING, LP; G6 HOSPITALITY FRANCHISING, LLC; and XYZ CORPORATIONS 1-100,<br>Defendants. | CASE NO. 2:26-cv-906<br><br>JUDGE:<br><br>MAGISTRATE JUDGE: |

**CLASS ACTION COMPLAINT**
**AND DEMAND FOR JURY TRIAL**

# TABLE OF CONTENTS


**Page**

INTRODUCTION ..... 1

PARTIES ..... 4

JURISDICTION AND VENUE ..... 6

SUBSTANTIVE ALLEGATIONS ..... 7

A. G6 Is One Of The Largest Hotel Operators In The United States ..... 7

B. The Pervasiveness Of Sex Trafficking In U.S. Hotels Has Drawn Widespread Scrutiny From Legislators, Regulators, And Other Agencies ..... 8

1. Sex Trafficking Is Prominent In American Hotels ..... 8

2. Congress Passes TVPA In 2000 To Criminalize Human Trafficking ..... 10

3. Sex Trafficking In American Hotels Continues Unabated ..... 11

4. In 2019, G6 Pays Lip Service To Combatting Sex Trafficking By Signing On To The EPCAT-USA Code ..... 14

C. Defendants Knew Or Should Have Known That Sex Trafficking Is Prominent In G6 Hotels, But They Chose Profits Over People ..... 15

1. Jane Doe Is Brutally Trafficked At Motel 6 Hotels ..... 16

2. Widespread, Ongoing Sex Trafficking At Defendants' Brand Hotels Continues ..... 17

a. Obvious Indicators Of Sex Trafficking ..... 18

b. Mandatory "Recognition And Reporting" Staff Training ..... 19

c. Criminal Prosecution Of Sex Traffickers At Defendants' Hotels ..... 20

d. Frequent Reports Of Sex Trafficking From Hotel Guests ..... 24

3. Hotel Staff Participated In And Facilitated Sex Trafficking ..... 29

4. Defendants Control Their Brand Hotels ..... 32

5. Defendants' Continued Facilitation Of Trafficking Despite Knowledge ........ 37

6. Defendants' Financial Benefit From The Trafficking Venture ........ 38

CLASS ALLEGATIONS ........ 38

CAUSES OF ACTION ........ 40

COUNT I: VIOLATION OF THE TRAFFICKING VICTIM'S PROTECTION REAUTHORIZATION ACT, 18 U.S.C §1595 (AGAINST ALL DEFENDANTS) ...... 40

COUNT II: CONSPIRACY TO VIOLATE THE TVPRA (AGAINST ALL DEFENDANTS) ........ 43

COUNT III: VIOLATION OF THE CHILD ABUSE VICTIMS RIGHTS ACT ("CAVRA") ........ 45

PRAYER FOR RELIEF ........ 46

JURY DEMAND ........ 47

## INTRODUCTION

1. Women and children were beaten and sold for sex – multiple times a day – in Motel 6 hotel rooms across America. Defendants knew. They profited anyway.

2. This case concerns the brutal, repeated sex trafficking of Jane Doe and numerous others at Motel 6 and Studio 6 hotels owned, operated, and controlled by G6 Hospitality. For years, traffickers have exploited Motel 6 and Studio 6's notoriously lax policies and willfully blind staff to sexually exploit women and children with impunity – renting rooms with cash, evading detection, and parading a stream of sex buyers in and out of hotel rooms while Defendants collected the profits and looked the other way.

3. The evidence is damning. Online reviews posted to Defendants' own monitored platforms provided unmistakable warnings: guests reported witnessing "prostitutes" and "hookers" who were "all over the premises"; learning from police that "staff give out room keys" to prostitutes "all the time"; escorts "walking around the parking lot"; and loud, violent fighting between women and "their partner or perhaps their pimp" that made guests concerned for their safety. Indeed, in June 2026, a mother not only reported witnessing obvious signs of sex trafficking, but that a man actually attempted "to get my 14-year-old daughter to come back to his room."

4. Worst still, hotel staff participated in and facilitated the sex trafficking. Multiple hotel guests observed and reported that "the staff know these activities are going on but do nothing to stop it" and that, in fact, the staff themselves are "in on it." One Motel 6 front-desk employee personally observed that "underground" prostitution "is booming" at their location.

5. Police reports, news articles, and customer reviews further put Defendants on notice of multiple additional incidents of sex trafficking, involving children as young as 14 years old.

Disturbingly, trafficked children included orphans, runaways, and foster children whose traffickers used drugs and alcohol to coerce these minors into horrific sexual acts.

6. Jane Doe is one of these survivors. She was physically and mentally abused, coerced, and forced to engage in commercial sex acts at Motel 6 and Studio 6 properties where Defendants' employees witnessed obvious signs of trafficking and did nothing. Indeed, hotel staff tolerated and enabled the trafficking occurring at the premises in exchange for payment.

7. Sex trafficking is a public health crisis that has reached epidemic proportions in the United States. Hotels like Motel 6 and Studio 6 are ground zero. By 2014, over 90 percent of Human Trafficking Hotline calls involved reports of sex trafficking at hotels. As the United States Supreme Court found in 2015, motels that turn a blind eye to prostitution occurring on their premises do so by "offering privacy and anonymity on the cheap," making their properties "a particularly attractive site for criminal activity."

8. Congress recognized that combating this epidemic requires more than just criminal penalties for pimps and sex buyers. In 2000, federal law – through the Trafficking Victims Protection Act ("TVPA") – defined and criminalized sex trafficking in the United States.

9. Three years later, Congress extended the reach of the statute by passing the Trafficking Victims Protection Reauthorization Act of 2003, which provided a civil remedy for victims to sue their traffickers in federal court.

10. In 2008, Congress passed the William Wilberforce Trafficking Victims Protection Reauthorization Act ("TVPRA"), expanding liability to reach those who – while not criminally liable – financially benefit from participation in a venture that they know or should know engages in criminal sex trafficking. That provision was written for defendants like G6 Hospitality.

11. Going further still, in 2013, Congress passed the Trafficking Victims Protection Reauthorization Act of 2013 ("CAVRA"), providing a civil remedy for individuals who were trafficked as minors and allowing nationwide service of process.

12. For years, during a time when it was discussed that people were being trafficked at Motel 6 and Studio 6 locations, G6 instructed its staff to report suspected trafficking to hotel management, not law enforcement. But in the face of this congressional scrutiny, in 2019, Defendants sought to assure the public that they were committed to combatting sex trafficking and that they rigorously trained their staff across the country to both recognize and report it. But this was merely lip service.

13. Rampant sex trafficking at G6 hotels continued and Defendants continued to profit immensely from it. According to the Human Trafficking Institute, between 2019 and 2023, Motel 6 ranked ***number one*** among hotel chains identified in active federal criminal sex trafficking cases.

14. Meanwhile, Defendants derived a direct and continuing financial benefit from facilitating sex trafficking by providing a venue where traffickers could exploit women and children – including Jane Doe – with minimal risk of detection or interruption. They maintained a business relationship with Jane Doe's trafficker, who rented rooms on a repeated and continuous basis to sexually exploit her.

15. Every room rental generated revenue. Every trafficker who returned was a loyal customer. Every woman and child who suffered was someone Defendants could have protected but chose not to.

16. Defendants had the knowledge and opportunity to prevent the severe harm that Jane Doe and the rest of the Class experienced as the result of continuous sexual exploitation. They

could have reported suspicious activity. They could have refused to rent rooms to known traffickers. Again, they chose not to.

17. Instead, Defendants profited while Jane Doe and the other members of the Class were beaten, threatened, and sold for sex – over and over again – in Defendants' hotel rooms.

**PARTIES**

18. Plaintiff, Jane Doe (T.H.) is a resident and citizen of Ohio. Plaintiff is a survivor of sex trafficking. From 2013-2017, she was forced to engage in commercial sex acts at G6 properties for the benefit of her traffickers and Defendants.

19. Defendant G6 Hospitality LLC is a for-profit Delaware company with its principal place of business in Plano, Texas.

a. Defendant G6 Hospitality LLC is a privately held hospitality company that owns, controls, franchises, and operates the Motel 6 and Studio 6 brands throughout the United States.

b. Although G6 Hospitality LLC is a privately held company and does not file public Form 10-K reports, Defendant G6 Hospitality LLC operates through a highly centralized franchising and technology-driven business model, exercising substantial control over branded properties, reservation systems, operational standards, pricing, staffing models, and mandatory technology platforms.

c. G6 Hospitality LLC conducts franchising operations through affiliated entities, including but not limited to: G6 Hospitality Franchising, LLC and Brand-specific franchisor entities for Motel 6 and Studio 6.

20. Defendant G6 Hospitality IP, L.L.C. is a for-profit Delaware company.

21. Defendant G6 Hospitality Property, L.L.C. is a for-profit Delaware company.

22. Defendant G6 Hospitality Purchasing, L.L.C. is a for-profit Delaware company.

23. Defendant G6 Hospitality Franchising, L.L.C. is a Delaware limited liability company that serves as the franchising entity for the Motel 6 and Studio 6 brands in the United States. Its principal place of business in Plano, Texas.

a. G6 Hospitality Franchising, LLC is the entity that issues, manages, and governs franchise rights for: Motel 6® and Studio 6® under those service marks throughout the United States.

b. G6 Hospitality Franchising, LLC appears in Franchise Disclosure Documents (FDDs) as the franchisor that enters into franchise agreements with U.S. franchisees.

c. According to G6 Hospitality Franchising, LLC's FDDs franchisees are required to:

i. Operate strictly under G6-mandated brand standards;

ii. Use corporate-approved reservations, property-management, and payment systems;

iii. Comply with confidential Operating Manuals, unilaterally amendable by G6;

iv. Submit to brand inspections, audits, and enforcement actions;

v. Adhere to mandatory renovation, conversion, and construction addendums; and

vi. Participate in centralized marketing, loyalty programs (e.g., My6), and data collection.

24. Franchisees who fail to comply with the requirements listed above are subject to fines, default, or termination, demonstrating G6's right of control over day-to-day hotel operations.

25. Defendant Motel 6 Operating, LP is a for-profit Delaware company.

26. Defendants G6 Hospitality, LLC, G6 Hospitality IP, LLC, G6 Hospitality Property, LLC, G6 Hospitality Purchasing, LLC, G6 Hospitality Franchising, LLC, and Motel 6 Operating, LP are collectively referred to herein as "Defendants," "G6," or "G6 Hospitality."

27. G6 owns, supervises, and/or operates several Motel 6 locations in and around Columbus, Ohio.

28. As a direct and proximate result of Defendants' consistent refusals to prevent human trafficking on their hotel properties, Jane Doe and similarly situated Plaintiffs were sex trafficked, exploited and victimized repeatedly.

29. Plaintiff, individually and on behalf of members of the Class, also seeks certification of a class action for damages and/or for the resolution of key issues, as well as injunctive relief.

## JURISDICTION AND VENUE

30. This Court has jurisdiction over this action pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d), because at least one class member is of diverse citizenship from one Defendant, and the aggregate amount in controversy exceeds $5 million, exclusive of interest and costs.

31. This Court has subject matter jurisdiction over Plaintiff's TVPRA claims. 18 U.S.C. §1595 and CAVRA claims pursuant to 18 U.S.C. § 2255.

32. This Court has jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1331 because this action involves a federal question under the TVPRA.

33. This Court also has subject matter jurisdiction over Plaintiff's class action claims pursuant to 28 U.S.C. § 1367, as the amount in controversy exceeds $5,000,000 and there is minimal diversity as to the parties.

34. This Court has personal jurisdiction pursuant to the TVPRA and over each Defendant because each Defendant conducts business in Ohio and has sufficient minimum contacts with Ohio.

35. Venue is proper in this District under 28 U.S.C. § 1391, because each Defendant does substantial business within this District and Plaintiff is a resident of this District.

## SUBSTANTIVE ALLEGATIONS

### A. G6 Is One Of The Largest Hotel Operators In The United States

36. G6 is one of the largest hotel operators in the world. According to the Company's website, G6 is "the leading economy lodging franchisor," operating nearly 1,500 economy lodging locations in the United States and Canada under the brand names Motel 6 and Studio 6.

37. G6 employs individuals throughout its hotel properties to perform duties including but not limited to front desk clerks, cleaning personnel, booking agents, and internet marketers.

38. According to G6's 2021 Franchise Disclosure Document ("FDD"), G6 requires its properties to abide by procedures and practices to ensure the standards associated with G6 are upheld.

39. Booking and room reservations are controlled by G6. According to Defendants' own documents and webpage, G6 also provides its brands and properties access to a brand-wide central reservation system, marketing program, 1-800 numbers, revenue management tools, loyalty programs, and business reports.

40. G6 profits from every room booked at every brand on every property.

41. G6 may enforce its standards through periodic inspections of properties and may disqualify a property as qualified to carry the G6 name.

### B. The Pervasiveness Of Sex Trafficking In U.S. Hotels Has Drawn Widespread Scrutiny From Legislators, Regulators, And Other Agencies

#### 1. Sex Trafficking Is Prominent In American Hotels

42. Sex trafficking is pervasive in the United States, and hotels are the primary place where it happens.[1] The relationship between sex trafficking and the hotel industry has been widely recognized, extensively documented, and left largely unaddressed for decades.

43. As *Fortune* reported in an April 14, 2019 article titled "Human Trafficking Is an Epidemic in the U.S. It's Also Big Business," "slavery is alive and well in the land of the free." Cindy McCain, who chairs the McCain Institute's Human Trafficking Advisory Council, has likewise explained, sex trafficking is "hiding in plain sight. It's everywhere—it's absolutely everywhere."[2]

44. Tragically, survivors of sex trafficking often include some of the most vulnerable members of the population, including lower-income individuals, unhoused people, survivors of abuse at home, and children from foster care. This creates what Dr. Sharon Cooper, founder and CEO of Developmental and Forensic Pediatrics, described as a "pipeline of vulnerability."[3]

45. Trafficking survivor turned activist Nicole Bell has explained that "we look at prostitution and trafficking as two different things, but most people in prostitution have experienced trafficking in some form. Most were brought into this before they were old enough to consent to have sex—never mind to being sold for sex."[4]

---

[1] *See* Jaclyn Galucci, *Human Trafficking is an Epidemic in the U.S. Its' Also Big Business*, FORTUNE (Apr. 2019), https://fortune.com/2019/04/14/human-sex-trafficking-us-slavery/.

[2] *Id.*

[3] *Id.*

[4] *Id.*

46. Indeed, the TVPRA under 18 U.S.C. §1591(a)(1) specifically incorporates the definition of commercial sex act in its definition of sex trafficking.[5]

47. Co-Executive Director for the Coalition Against Trafficking in Women (CATW), Dorchen A. Leidholdt, has similarly described sex trafficking and prostitution as having "an intimate relationship" and being "fundamentally interrelated."[6]

48. The connection between sex trafficking and the hotel industry is so well established that the United States Supreme Court has recognized that motels that turn a blind eye to prostitution occurring on their premises do so by "offering privacy and anonymity on the cheap," making their properties "a particularly attractive site for criminal activity."[7]

49. Studies of the hospitality industry dating back to the early 2000s likewise report that "pimps often rely on legal businesses, as locations for recruiting women, or finding clients or as covers for illegal activities." [8]

50. Sex trafficking is just as profitable for the traffickers as it is for the hotels where it takes place.

51. According to a 2024 report issued by the International Labour Organization, which is a specialized agency of the United Nations, forced commercial sexual exploitation generates nearly $173 billion in illegal profits ***per year***.[9]

---

[5] *See, e.g.*, Michael Shively, et al., *A National Overview of Prostitution and Sex Trafficking Demand Reduction Efforts, Final Report*, THE NAT'L INST. OF JUST. (2012), https://prostitutionresearch.com/a-national-overview-of-prostitution-and-sex-trafficking-demand-reduction-efforts-final-report/; Dorchen A. Leidholdt, *Prostitution and Trafficking in Women: An Intimate Relationship*, J. OF TRAUMA PRAC. (Oct. 15, 2008), https://www.prostitutionresearch.com/Leidholdt%20Prostitution%20and%20Trafficking%20in%20Women.pdf

[6] Leidholdt, *supra* note 5.

[7] *City of Los Angeles, Calif. v. Patel*, 576 U.S. 409, 428-29 (2015)

[8] *Profits and Poverty: The Economics of Forced Labour*, INT'L LAB. ORG. (2024), https://www.ilo.org/sites/default/files/2024-10/Profits%20and%20poverty%20-%20The%20economics%20of%20forced%20labour_WEB_20241017.pdf

[9] *Id*.

52. As Bradley Myles, former CEO of Polaris, a leading anti-trafficking organization, similarly explained in a post appealing to the hotel industry, sex traffickers "have been able to reap these profits with little risk when attempting to operate within hotels and motels." Myles urged the industry not to "ignore what so many of us know to be happening on their properties."[10]

**2. Congress Passes TVPA In 2000 To Criminalize Human Trafficking**

53. As noted above, in October 2000, Congress passed the TVPA, making human trafficking a federal crime.

54. By 2008, Congress passed the TVPRA the statute that imposes civil liability on entities – including hotels and motels – that knowingly benefit financially from a trafficking venture.

55. TVPA outlaws sex trafficking activities that affect interstate or foreign commerce or take place within the territorial jurisdiction of the United States.

56. The Supreme Court has instructed that TVPA be construed broadly because it serves a remedial purpose and uses intentionally broad language. *See Peyton v. Rowe*, 391 U.S. 54, 65 (1968).

57. As relevant here, TVPA prohibits the following sex-trafficking conduct:

> (a) Whoever knowingly—
>
> (1) in or affecting interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States recruits, entices, harbors, transports, provides, obtains, advertises, maintains, patronizes, or solicits by any means a person; or
>
> (2) benefits, financially or by receiving anything of value, from participation in a venture which has engaged in an act described in violation of paragraph (1), knowing, or, except where the act constituting the violation of paragraph is advertising, in reckless disregard of the fact, that means of force, threats of force, fraud,

[10] Bradley Myles, *Combating Human Trafficking in the Hotel Industry*, HUFFINGTON POST, (Dec. 6, 2017), https://www.huffpost.com/entry/combating-human-trafficking-in-the-hotel-industry_b_7840754

> coercion described in subsection (e)(2), or any combination of such means will be used to cause the person to engage in a commercial sex act, or that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act, shall be punished as provided in subsection (b).

18 U.S.C. § 1591(a).

58. TVPA also prohibits conspiring to violate 18 U.S.C. § 1591. 18 U.S.C. § 1594(c).

59. In addition, as relevant here, TVPA contains an explicit "civil remedy" provision which allows an individual who is a victim of a violation of Chapter 77 of Title 18 (*e.g.*, violation of 18 U.S.C. §§ 1591–94) to bring a civil action against the perpetrator and any person or entity who knowingly benefits, financially or by receiving anything of value from participation in an illegal sex-trafficking venture. 18 U.S.C. § 1595(a).

60. Unlike the criminal penalties provisions in the TVPA, the civil remedies provision allows a civil action to be brought not only against a person or entity who participated in a venture known to have engaged in illegal sex trafficking but also against a person or entity who participated in a venture that the person or entity should have known had engaged in illegal sex trafficking. 18 U.S.C. § 1595(a).

61. This "constructive knowledge" provision provides an alternative to proving actual knowledge as part of a civil damages claim.

**3. Sex Trafficking In American Hotels Continues Unabated**

62. Notwithstanding the TVPA, sex trafficking in American hotels, including child sex trafficking, continued unabated throughout the 2000s.

63. According to a 2001 report by End Child Prostitution, Child Pornography, and Trafficking of Children ("EPCAT"), a global network of civil society organizations that works to

end the sexual exploitation of children, hotels account for over 90 percent of commercial exploitation of children.[11]

64. Between December 2007 and December 2017, the National Human Trafficking Resource Center hotline documented 3,596 cases of trafficking in hotels and motels, over 80 percent of which were sex trafficking cases.[12]

65. As another example, in 2012, a report by the Polaris Project noted that pimp-controlled sex trafficking was the most prevalent form of sex trafficking in the United States, typically occurring in hotels and motels.

66. Likewise, in 2014, 92 percent of calls to the Human Trafficking Hotline involved reports of sex trafficking taking place at hotels.

67. A 2018 survey of criminal sex trafficking cases conducted by the Human Trafficking Institute found that more than 60 percent of trafficking survivors reported being sexually trafficked from hotels.

---

[11] Erika R. George & Scarlet R. Smith, *In Good Company: How Corporate Social Responsibility Can Protect Rights and Aid Efforts to End Child Sex Trafficking and Modern Slavery*, 46 N.Y.U. J. INT'L L. & POL. 55, 66 (2013) https://scholarship.law.bu.edu/faculty_scholarship/3848 .

[12] *On-Ramps, Intersections, and Exit Routes: A Roadmap for Systems and Industries to Prevent and Disrupt Human Trafficking*, POLARIS (2018), https://polarisproject.org/wp-content/uploads/2018/08/A-Roadmap-for-Systems-and-Industries-to-Prevent-and-Disrupt-Human-Trafficking.pdf (p. 18)

68. Hotels were the site of a completed commercial sex act in 81.5 percent of active federal sex trafficking cases in 2018,[13] 77 percent of such cases in 2020,[14] and 80 percent of such cases in 2021.[15]

69. Notably, hotel staff are often complicit in the sex trafficking that occurs on hotel premises. For example, a 2014 study conducted by The Urban Institute assessing the size of the underground commercial sex industry found that "[h]otel employees and managers often turned a blind eye to prostitution occurring within their establishment."[16]

70. Worse still, the same report found that hotel staff directly participate in the sex trafficking venture by working with the traffickers. Specifically, "[i]n some cases, hotel employees would actively support a pimp in order to earn additional income," including "tipp[ing] off pimps to law enforcement inquiries."[17]

71. Both rampant sex trafficking and hotel staff's participation in it are ongoing at G6 hotels, as details in Section C.3 below.

---

[13] Alyssa Currier & Kyleigh Feehs, *2018 Federal Human Trafficking Report*, HUMAN TRAFFICKING INST. (2019), https://traffickinginstitute.org/wp-content/uploads/2022/01/2018-Federal-Human-Trafficking-Report-Low-Res.pdf ("2018 Federal Human Trafficking Report")

[14] Alyssa Currier Wheeler & Kyleigh Feehs, *2020 Federal Human Trafficking Report*, HUMAN TRAFFICKING INST. (2021), https://traffickinginstitute.org/wp-content/uploads/2022/01/2020-Federal-Human-Trafficking-Report-Low-Res.pdf ("2020 Federal Human Trafficking Report")

[15] Lindsey Lane, et al., *2021 Federal Human Trafficking Report*, HUMAN TRAFFICKING INST. (2022), https://traffickinginstitute.org/wp-content/uploads/2022/06/2021-Federal-Human-Trafficking-Report-Web.pdf ("2021 Federal Human Trafficking Report")

[16] Meredith Dank, Ph.D., et al., *Estimating the Size and Structure of the Underground Commercial Sex Economy in Eight Major US Cities*, THE URBAN INST., at 195 (March 2014), https://www.urban.org/research/publication/estimating-size-and-structure-underground-commercial-sex-economy-eight-major-us-cities

[17] *Id*. at 187.

### 4. In 2019, G6 Pays Lip Service To Combatting Sex Trafficking By Signing On To The EPCAT-USA Code

72. In 1996, EPCAT published the Tourism Child-Protection Code of Conduct (the "Code"), putting the hospitality industry on notice of the specific steps needed to prevent child sex trafficking at hotel properties.[18]

73. G6 did not become a signatory to the Code until 2019 – more than two decades after its initial publication.

74. On July 30, 2019, a day designated by the United Nations as World Day Against Trafficking in Persons, G6 announced "a partnership to help combat commercial sexual exploitation of children by signing [the Code]." [19]

75. In the same press release, the Company touted the extensive training its staff received in identifying and combating trafficking. Specifically, the press release stated:

> In addition to its partnership with ECPAT-USA, G6 Hospitality requires trafficking awareness and prevention training of all team members at all locations, both owned and franchised. The company also mandates human trafficking prevention training developed by the non-profit Businesses Ending Slavery and Trafficking (BEST) and sponsored by the Asian American Hotel Owners Association (AAHOA). ***This training teaches team members how to recognize and report human trafficking.***[20]

76. The press release further emphasized the Company's purported efforts to combat trafficking as part of its membership in the American Hotel and Lodging Association. The press release stated:

> G6 Hospitality teams regularly assess properties to ensure safety and security measures are in place and training is completed and takes action, up to and including terminating contracts or closing locations, as appropriate. The company

---

[18] John Ludlow & Alexandros Paraskevas, *Breaking the Invisible Chains with Policy: How Insurance Companies Can Help End Human Trafficking in the Hotel Industry*, 65 CORNELL HOSPITALITY QUARTERLY 145 (2023), https://journals.sagepub.com/doi/10.1177/19389655231209698

[19] *See G6 Hospitality Partners with ECPAT-USA to Combat Trafficking and Exploitation*, G6 HOSPITALITY (July 30, 2019), https://g6hospitality.com/g6-hospitality-partners-with-ecpat-usa-to-combat-trafficking-and-exploitation/ ("G6 Hospitality Partners")

[20] *Id.*

is an active member of American Hotel and Lodging Association and its industry-wide No Room for Trafficking campaign.[21]

77. However, notwithstanding the Company's assurances, sex trafficking and child sex trafficking continues to be widespread and abundant throughout the hotel industry, and specifically at G6 hotels.

78. Following its 2019 announcement, G6 hotels continued to rank ***number one*** among hotel chains as a reported venue for sex trafficking according to the annual Federal Human Trafficking Report.[22]

**C. Defendants Knew Or Should Have Known That Sex Trafficking Is Prominent In G6 Hotels, But They Chose Profits Over People**

79. Multiple agencies, including the United States Department of Homeland Security,[23] have recognized the continued centrality of hotels in human trafficking raises "serious questions . . . as to whether the major hotel chains have prioritized profits over the prevention and facilitation of sex trafficking."[24] This is precisely what happened here.

80. As set forth directly below, Defendants knew or should have known that women and children were being brutally trafficked at their hotels from, at a minimum: (a) the obvious indicators of sex trafficking occurring on Defendants' premises; (b) the extensive "recognition and

---

[21] *Id.*

[22] Lindsey Lane, et al., *2023 Federal Human Trafficking Report*, HUMAN TRAFFICKING INST., at 77 (2024), https://traffickinginstitute.org/wp-content/uploads/2024/06/2023-Federal-Human-Trafficking-Report-WEB-Spreads-LR.pdf ; Lindsey Lane, et al., *2022 Federal Human Trafficking Report*, HUMAN TRAFFICKING INST., at 71 (2023), https://traffickinginstitute.org/wp-content/uploads/2023/06/2022-Federal-Human-Trafficking-Report-WEB-Spreads_compressed.pdf ; *2021 Federal Human Trafficking Report*, *supra* note 15 at 47; *2020 Federal Human Trafficking Report*, *supra* note 14 at 54; Kyleigh Feehs and Alyssa Currier, *2019 Federal Human Trafficking Report*, HUMAN TRAFFICKING INST., at 30 (2020), https://traffickinginstitute.org/wp-content/uploads/2022/01/2019-Federal-Human-Trafficking-Report_Low-Res.pdf.

[23] *Human Trafficking Response Guide for the Hospitality Industry*, DEP'T OF HOMELAND SEC. (2021), https://bit.ly/dhsguide

[24] Chu-Chuan Jeng, et al., *Combating Sex Trafficking: The Role of the Hotel—Moral and Ethical Questions*, 13(3) RELIGIONS 1, 12-13 (2022).

reporting" training that Defendants publicly stated they imposed on every member of their staff; (c) police reports of repeated arrests and other criminal prosecution for sex trafficking at G6 hotels; (d) numerous reports from laypeople staying at Defendants' hotels who observed sex trafficking obviously occurring on the premises and reported it; (e) reporting from guests and news outlets confirming that Defendants' own staff participated in and facilitated sex trafficking; and (f) Defendants' control of their hotels.

81. Instead of choosing to act to remedy the rampant sex trafficking that Defendants knew or should have known was ongoing, Defendants chose to profit from it.

### 1. Jane Doe Is Brutally Trafficked At Motel 6 Hotels

82. Jane Doe met her trafficker ("Trafficker X") when she was 23 years old. At various times between 2013 and 2017, Jane Doe was trafficked at Motel 6 locations in and around Columbus, Ohio, including a Motel 6 located in Hilliard, Ohio ("Motel 6 Hilliard").

83. During the time that Jane Doe was trafficked, she was working as a sex worker as a means of survival and struggling with substance abuse. In 2013, Plaintiff approached a drug dealer, operating out of Motel 6 Hilliard. This drug dealer introduced her to Trafficker X, who also operated out of the same Motel 6, as someone she could speak to "if she needed money." Jane Doe did not know or suspect that she would be forced into sex trafficking.

84. After meeting Trafficker X, Plaintiff entered a trafficking arrangement in which buyers paid Trafficker X directly for commercial sex acts, and he in turn "paid" Plaintiff with drugs and food. From 2013-2017 Jane Doe was forced by her trafficker to engage in commercial sex acts multiple times per day. Jane Doe's trafficker physically and mentally abused her. Jane Doe feared for her life.

85. By compensating Jane Doe (T.H.) exclusively in drugs and food—rather than money—Trafficker X ensured that Jane Doe (T.H.) had no independent financial means and could

not support herself outside the trafficking arrangement, rendering her escape functionally impossible without outside intervention.

86. During the period that Jane Doe was trafficked, Trafficker X rented rooms at Motel 6 Hilliard on a repeated and continuous basis. Trafficker X operated out of multiple motel rooms simultaneously at Motel 6 Hilliard—typically four or five rooms at a time—with women often doubled up in the same room. The scale of the operation, which included multiple rooms and multiple women, created conspicuous signs of trafficking that were plainly observable to hotel staff.

87. Specifically, Jane Doe (T.H.) described a pattern in which the hotel staff tolerated and enabled the trafficking occurring on the premises in exchange for payment. Plaintiff identified multiple conspicuous signs of trafficking at Motel 6 Hilliard, including but not limited to: (a) Trafficker X renting multiple rooms simultaneously; (b) Trafficker X directing housekeeping to avoid those rooms; and (c) the high volume of male visitors entering and exiting rooms rented by Trafficker X.

88. Trafficker X used a calculated combination of financial and drug dependencies to maintain coercive control over Jane Doe (T.H.).

89. Defendants, by repeatedly renting rooms used to facilitate Jane Doe's sex trafficking, developed and maintained a continuous business relationship with Trafficker X, such that Defendants participated in a venture with Trafficker X within the meaning of 18 U.S.C. § 1595(a).

### 2. Widespread, Ongoing Sex Trafficking At Defendants' Brand Hotels Continues

90. In addition to Jane Doe, Defendants were specifically aware that sex trafficking was widespread and ongoing at Motel 6 and Studio 6 locations.

### a. Obvious Indicators Of Sex Trafficking

91. Traffickers, including Jane Doe's trafficker, repeatedly chose to use Motel 6 and Studio 6 locations for their sex trafficking activity. Defendants' own documents and training materials indicate that they knew the signs of sex trafficking and they knew about the prevalence of trafficking at hotels.

92. As such, Defendants knew or should have known about the pervasive sex trafficking at the Motel 6 and Studio 6 locations based on obvious indicators of this activity, including but not limited to:

a. The employees' and agents' witnessing of, by seeing, hearing and being made aware of obvious signs of trafficking including but not limited to men controlling women; commercial sex; drug use and fights surrounding the commercial sex; soliciting commercial sex throughout the hotel and parking lot; women not allowed to come and go freely without escort; numerous different men entering the same hotel room that women were escorted to by other men and coming in and out without staying overnight or showing ID; paying for rooms in cash per night without any or without proper ID; women being escorted to rooms rented by men while looking unhealthy, unhappy and/or injured; drug, restraint, and sex paraphernalia; and women and men coming with no luggage or all of their belongings so as to live there;

b. The obligation of hotel staff and hotel management to report suspected criminal activity including sex trafficking to the Defendants;

c. Defendants' collection and monitoring of customer surveys and complaints;

d. Defendants' regular inspections of the hotel property;

e. Information provided to Defendants by law enforcement; and

f. Other sources of information available to Defendants.

93. According to Defendants' own documents, G6 monitored criminal activity occurring at Motel 6 and Studio 6 branded hotels and were aware of activity indicating commercial sex, sex trafficking and/or related crimes occurring at those branded hotels, including the specific hotel property where Jane Doe was trafficked.

**b. Mandatory "Recognition And Reporting" Staff Training**

94. Further, according to G6 Hospitality's own press release and website, the Company specifically "teaches team members how to recognize and report human trafficking," through mandatory "trafficking awareness and prevention training of all team members at all locations, both owned and franchised."[25]

95. Defendants either knew about the sex trafficking at their hotels from the mandatory recognition and reporting of trafficking by their staff, or they knowingly turned a blind eye to trafficking by consciously failing to enforce these supposedly mandatory procedures.

96. Indeed, Defendants' own documents require employees to monitor the property for illegal activity, including prostitution, but the same documents directed employees to only report suspected activity internally—not to the police.[26]

97. Tellingly, however, an internal "Safety Resource Manual" instructs property managers not to "allow the property ***to be known as*** a place that is commonly used by prostitutes in the pursuit of 'business.'"[27]

---

[25] *See G6 Hospitality Partners*, *supra* note 19.

[26] Expert Report of Christi Decouflé, *Doe v. G6 Hospitality LLC*, No. 23-cv-00283, ECF No. 113-55 (E.D. Tex. July 21, 2023) (reviewing internal documents)

[27] Expert Report of Salvatore Caccavale, *Doe v. G6 Hospitality LLC*, No. 23-cv-00283, ECF No. 113-8 (E.D. Tex. July 21, 2023) (citing internal documents)

### c. Criminal Prosecution Of Sex Traffickers At Defendants' Hotels

98. Moreover, information that has become public through news stories establishes the entrenched and pervasive nature of Defendants' role in providing a venue where sex trafficking has continued unabated for years.

99. As set forth below, these indicators of sex trafficking do not require specialized training: they include incidents of forced prostitution and sex trafficking prosecuted by law enforcement and observations by laypeople staying in Defendants' hotels.

100. Multiple news stories from across the United States highlight Defendants' facilitation of sex trafficking and establish that Defendants knew, or should have known, of the use of Motel 6 and Studio 6 hotels for sex trafficking. For example:

- April 2026: Police in Waco, Texas arrested man for promoting prostitution at a Studio 6 motel.[28]

- December 2025: New Jersey mayor proposes ordinance to abate the "out of control" crime at a local Motel 6, which had received nearly 700 police incident calls, including reports of prostitution, disorderly conduct, and harassment.[29]

- July 2024: Two individuals trafficked a sixteen-year-old Venezuelan orphan for commercial sex through roughly six San Antonio motels, including a Studio 6 on Pasteur Court, and were arrested there by an undercover San Antonio Police Department officer, resulting in sentences of 12.5 and 20 years, respectively.[30]

- June 2024: Arkansas State Police arrested Darian Jones at a Motel 6 in Fayetteville after he was seen dropping off a woman for a paid-sex arrangement that police had

---

[28] Joe Villasana, *Undocumented Immigrant Forced Woman into Prostitution at Waco Motel: Arrest Warrant*, KWTX (Apr. 22, 2026), https://www.kwtx.com/2026/04/22/undocumented-immigrant-forced-woman-into-prostitution-waco-motel-arrest-warrant/

[29] Chris Keating, *Piscataway Mayor Cracking Down on Crime at 2 Motels*, NEWS12 NEW JERSEY (Dec. 5, 2025), https://newjersey.news12.com/piscataway-mayor-cracking-down-on-crime-at-2-motels

[30] Amanda Moreno, *Two Migrants Sentenced for Forcing 16-year-old Venezuelan Orphan into Prostitution*, FOXSA (June 24, 2026), https://foxsanantonio.com/newsletter-daily/two-migrants-sentenced-for-forcing-16-year-old-venezuelan-orphan-into-prostitution-motel-6-excort-services-undercover-agents

set up in response to an online prostitution ad, charging him with human trafficking for commercial sex acts.[31]

- December 2023: Stanton, California issued a moratorium on building new motels and on the expansion of certain motels, including Motel 6. The motels had become a "magnet for criminal activity," forcing police to "respond[] to hundreds of calls annually to an array of crimes," including "prostitution, drugs, [and] gang activity."[32]

- September 2023: Police in King of Prussia, Pennsylvania staked out a Motel 6 on West DeKalb Pike and arrested a man and a woman on prostitution-related charges, including promoting prostitution and fleeing police, after the woman admitted she was there to meet a man for sex.[33]

- May 2023: Following a triple shooting at a Motel 6 in Maryland that left one man dead, the Randallstown NAACP publicly labeled the motel a magnet for drug trafficking, prostitution, and human trafficking, citing years of complaints and police calls for service.[34]

- December 2022: Police arrested a man in Medford, Oregon for sex trafficking teenage girls at two local motels, including Motel 6.[35]

- November 2022: Toledo police arrested two men for promoting prostitution at a Motel 6.[36]

- October 2022: A police investigation into human trafficking led to the arrest of five men at Motel 6 in Amherst, Ohio.[37]

---

[31] Spencer Bailey, *Man Arrested in Fayetteville Human Trafficking Sting*, 5 NEWS (June 27, 2024), https://www.5newsonline.com/article/news/crime/man-arrested-fayetteville-human-trafficking-sting/527-8e72f30a-7942-4d8d-9bd9-3d1ce2758f93

[32] Hosam Elattar, *Stanton Issues Moratorium on New Motels Over Prostitution, Drugs and Crime*, VOICE OF OC (Dec. 18, 2023), https://voiceofoc.org/2023/12/stanton-issues-moratorium-on-new-motels-over-prostitution-drugs-and-crime/

[33] Justin Heinze, *2 Arrested on Prostitution Charged at King of Prussia Motel 6*, PATCH (Sept. 25, 2023), https://patch.com/pennsylvania/norristown/2-arrested-prostitution-charges-king-prussia-motel-6

[34] Megan Sayles, *Randallstown NAACP deems Catonsville Motel 6 and Other Hotels 'Magnets of Crime,' Community Leaders Demand Action*, AFRO (June 3, 2023), https://afro.com/randallstown-naacp-deems-catonsville-motel-6-and-other-hotels-magnets-of-crime-community-leaders-demand-action/

[35] Annette Cary, *Oregon Sex Traffickers Took Teens to Tri-Cities, Other NW Motels for 'Customers,'* TRI-CITY HERALD (Feb. 27, 2026), https://www.tri-cityherald.com/news/local/crime/article314855020.html

[36] WTOL Newsroom, *Police, Undercover Detective Arrest Two Men for Promoting Prostitution at Local Motel*, WTOL 11 (Nov. 4, 2022), https://www.wtol.com/article/news/crime/toledo-police-arrest-two-men-sex-trafficking-undercover-detective/512-02c0ab57-dae3-4886-9a0a-c7f077f385d7

[37] Rachel Vadaj, *5 Men Arrested at Amherst Motel for Prostitution, Police Say*, 19 NEWS (Oct. 5, 2022), https://www.cleveland19.com/2022/10/06/5-men-arrested-amherst-motel-prostitution-police-say/

- September 2022: A man was arrested at Motel 6 in Rockford, Illinois and charged with sex crimes against a minor, including involuntary sexual servitude of a minor.[38]

- January 2022: Four defendants were indicted in Fulton County, Georgia for trafficking a 14-year-old girl, keeping her at a Motel 6 where they photographed and advertised her for commercial sex.[39]

- November 2021: Detectives investigating a narcotics case at a Motel 6 in Grants Pass, Oregon arrested 32-year-old Devon Driver after discovering he had paid cash for sex with a woman at the motel, charging him with prostitution and commercial sexual solicitation.[40]

- July 2021: Three defendants trafficked at least two 15-year-old girls and one 16-year-old girl for commercial sex at four Orange County motels, including a Motel 6, luring runaways and foster children and using drugs and alcohol to coerce compliance.[41]

- January 2021: Police arrested three individuals for human trafficking after responding to calls about a woman screaming for help at a Motel 6 in Sunnyvale, California.[42]

- May 2019: Police arrested two men in two different cases for felony sex trafficking of a minor at a SeaTac, Washington Motel 6. One perpetrator allegedly forced a woman to have sexual relations with 20 men over a two day period. Police reported that they had been called to the same Motel 6 nearly 2,000 times since January 2016 responding to suspected crimes, including prostitution related activity.[43]

---

[38] WIFR Newsroom, *Man Accused of Sex Trafficking 15-year-old at Rockford Motel*, WIFR (Sept. 28, 2022) https://www.wifr.com/2022/09/28/man-accused-sex-trafficking-15-year-old-rockford-motel/

[39] Henri Hollis, *4 Charged With Sex Trafficking of 14-Year-Old: 2 Men, 2 Women Face Possibility of Life in Prison if Convicted*, ATLANTA JOURNAL-CONSTITUTION (Jan. 17, 2022), https://www.ajc.com/news/crime/4-indicted-in-fulton-on-charges-related-to-trafficking-14-year-old-girl/OSVUEMWSPVC27KHN5YAKB4Q7PI/

[40] Jamie Parfitt, *Police Arrest Alleged Prostitution Client During Narcotics Investigation at Grants Pass Motel 6*, KDRV.COM (Nov. 17, 2021), https://www.kdrv.com/news/local/police-arrest-alleged-prostitution-client-during-narcotics-investigation-at-grants-pass-motel-6/article_664299cc-67f6-55ba-94c2-e891af8b2fb9.htm

[41] Monivette Cordeiro, *3 Accused of Sex Trafficking Teenage Girls Orange County*, ORLANDO SENTINEL (Feb. 17, 2022), https://www.orlandosentinel.com/2022/02/16/3-accused-of-sex-trafficking-teenage-girls-in-orange-county/

[42] Gideon Rubin, *3 South Bay Human Trafficking Suspects Arrested*, PATCH.COM (Jan. 27, 2021), https://patch.com/california/campbell/3-south-bay-human-trafficking-suspects-arrested

[43] Amy Clancy, *Prosecutor: SeaTac Motel 6 Used for Sex Trafficking*, KIRO 7 (May 17, 2019), https://www.kiro7.com/news/local/prosecutor-seatac-motel-6-used-for-sex-trafficking/949906749/

- May 2019: Police arrested three men at a San Jose Motel 6 for felony human trafficking, pimping, and kidnapping two young women and a 14-year-old girl.[44]

- May 2019: Police arrested two men for suspected trafficking of a 15-year-old girl at a Motel 6 in Medford, Oregon.[45]

- April 2019: Los Angeles City Attorney's Office brought a nuisance suit action against a Studio 6 seeking abatement of what they deemed "a center of violence, crime and disorder," noting on-going drug dealing and prostitution on the premises.[46]

- October 2017: Harris County, Texas filed a lawsuit against a Motel 6 alleging that the location was "notorious for harboring habitual criminal activity, including trafficking of persons, prostitution, promotion of prostitution, compelling prostitution, and illegal drug offenses."[47] The County sought to have the location declared a public nuisance, citing 320 police visits to the motel in the previous 12-month period.

- August 2017: Police arrested man for forcibly sex trafficking a minor, after forcing a 16-year-old girl to prostitute herself at a Motel 6 in Springfield, Virginia.[48]

- August 2017: Motel 6 settled a lawsuit in which the City of Los Angeles alleged that one of its "locations was a base for human traffickers, drug dealers and gang members."[49]

- October 2015: In a reporting of Jopplin, Missouri prostitution investigations, a Motel 6 front-desk employee stated that "underground" prostitution "is booming" at their location. He stated that he "routinely calls police about suspicions of

---

[44] *3 Arrested in East San Jose for Sex Trafficking 14-Year-Old Girl, 2 Other Women*, CBS NEWS (May 30, 2019), https://www.cbsnews.com/sanfrancisco/news/san-jose-sex-trafficking-arrests/

[45] *California Couple Arrested in Medford, Accused of Trafficking 15-year-old*, KOBI 5 (May 14, 2019), https://kobi5.com/news/california-couple-arrested-in-medford-accused-of-trafficking-15-year-old-101985/

[46] City News Service, *LA Nuisance Lawsuit Targets Van Nuys Studio 6 Motel*, L.A. DAILY NEWS (Apr. 8, 2019), https://www.dailynews.com/2019/04/08/la-nuisance-lawsuit-targets-van-nuys-studio-6-motel/

[47] Plaintiffs' Original Petition for Abatement of a Nuisance and Application for Temporary and Permanent Injunctions and Request for Disclosure, *Texas v. NNJP LLC*, No. 2017-69560 (Tex. Dist. Oct. 18, 2017)

[48] Emily Leayman, *16-Year-Old Forced to Be Prostitute at Springfield Motel: Report*, PATCH (Feb. 6, 2018), https://patch.com/virginia/burke/16-year-old-forced-be-prostitute-springfield-motel-report

[49] The Associated Press, *Motel 6 Pays Settlement After Los Angeles Location Turned into Prostitution, Drug Den*, CBC (Aug. 31, 2017), https://www.cbc.ca/news/business/motel-6-trafficking-lawsuit-1.4269873

prostitution at the motel" and monitors a local site to stay "alert to whatever details prostitutes may advertise, including their locations."[50]

- August 2013: Police arrested four men at a Motel 6 location in Kirkland, for crimes related to prostitution. The court documents stated that "the motel employee was aware of the prostitution problems at the motel."[51]

101. Ultimately, several hundred traffickers involved with hundreds of survivors have been prosecuted by state and federal law enforcement agencies for sex trafficking and forced prostitution (which the TVPA defines as a commercial sex act which constitutes sex trafficking) out of G6 branded properties.

**d. Frequent Reports Of Sex Trafficking From Hotel Guests**

102. Based on information and belief, Defendants managed and monitored online reviews of Motel 6 and Studio 6 locations, which reflected that sex trafficking occurred at those hotels.

103. As set forth directly below, laypeople staying at Defendants' hotels observed obvious indicators of sex trafficking in plain sight of any hotel guest. For example:

- 2025 Yelp review of Nevada location: "I've never been to a hotel where I went to the front desk and asked for a refund because I didn't feel safe and I didn't want to park my car by the 2 broken down cars where the prostitutes, addicts, and dealers [roam]."[52]

- 2025 Tripadvisor review of Tennessee location: "This place is absolutely disgusting. . . . Prostitution going on. Loud banging and fighting all night."[53]

---

[50] Jordan Aubey, *Joplin Prostitution Charge Highlights What's Being Called Serious, Growing Problem*, KOAM (Oct. 13, 2015), https://www.koamnewsnow.com/news/joplin-prostitution-charge-highlights-what-s-being-called-serious-growing-problem/article_7407ba8a-1cad-5e03-95b3-d58e149ef7a1.html

[51] Raechel Dawson, *Police Arrest Four Men Patronizing Prostitutes at Kirkland's Motel 6, Execute Backpage.Com Search Warrant*, KIRKLAND REPORTER (Aug. 5, 2013), http://bit.ly/4x6UGxU

[52] Dave T., YELP (July 24, 2025), https://www.yelp.com/biz/motel-6-las-vegas-8?hrid=jRciQlgwoiXjfffwEPe8-A&utm_campaign=www_review_share_popup&utm_medium=copy_link&utm_source=(direct)

[53] Tamara O, *Stay away from here!!*, TRIPADVISOR (Oct. 27, 2025), https://www.tripadvisor.com/ShowUserReviews-g54946-d26242085-r1036631870-Studio_6_Suites_Chattanooga_TN_Lookout_Mtn-Chattanooga_Tennessee.html

- 2024 Yelp review of Arkansas location: "Prostitutes, drug dealers and homeless people are all over the premises. The ad shows a safe and inviting place don't fall for it."[54]

- 2024 Tripadvisor review of Washington location: "In summary, this place is sketchy at best, and I did not feel comfortable staying there as a single woman. . . . This is the type of place most sex work and drug activity take place."[55]

- 2023 Tripadvisor review of Washington location: "We have silently overlooked the drug den and prostitution issues this location has had in the past, the issues with vehicles getting broken into in their lot at night, the unresponsive housekeeping requests, the shady people who sit in the lot overnight . . . the unhelpful overnight staff, the astronomical deposits they require, rooms with poor or broken lighting, broken TVs, etc. I will not be overlooking this, however, because I know Motel 6 and Studio 6 can do better . . . ."[56]

- 2023 Tripadvisor review of Georgia location: "Studio 6 Northlake . . . is a ***disgusting, dangerous, roach infested pit of drug addicts, dealers, prostitutes and human trafficking***. The police need to shut this place down. The police station is right near it, but that doesn't seem to help. . . ."[57]

- 2021 Tripadvisor review of Florida location: "I entered inside the hotel and was followed by one of these hoodlums. The front desk did not care. Sean who I believe manages the place couldn't care less about your safety. In my stay someone knocked on my door at 2 am. I believe they wanted to ambush me in the room. I could not call out because the hotel phone did not have a cord. I called the police using my cell and the dispatcher already knew about Motel 6 once I mentioned it. Apparently the police go there a lot! . . . The staff does not care about safety or cleanliness. The corporate office does not care about your safety either."[58]

---

[54] Mark C., YELP (July 2, 2024), https://www.yelp.com/biz/motel-6-little-rock?hrid=t4v8-DJUrh9adIDQPe2cSw&utm_campaign=www_review_share_popup&utm_medium=copy_link&utm_source=(direct)

[55] Cara L., *The pictures must be Ai generated....*, TRIPADVISOR (July 9, 2024), https://www.tripadvisor.com/ShowUserReviews-g58623-d243760-r958810530-Studio_6_Mountlake_Terrace_WA_Seattle-Mountlake_Terrace_Washington.html

[56] blisspnw, *Lies from new staff to overcharge loyal patrons.*, TRIPADVISOR (May 13, 2023), https://www.tripadvisor.com/ShowUserReviews-g58623-d243760-r890210598-Studio_6_Mountlake_Terrace_WA_Seattle-Mountlake_Terrace_Washington.html

[57] Quest55196817481, *Disgusting Horrible Dangerous*, TRIPADVISOR (June 24, 2023), https://www.tripadvisor.com/ShowUserReviews-g35322-d236245-r897516195-Studio_6_Tucker_GA_Atlanta_Northlake-Tucker_Georgia.html

[58] Ray, *Stay away from this dangerous motel*, TRIPADVISOR (Sept. 29, 2021), https://www.tripadvisor.com/ShowUserReviews-g34515-d120280-r812375757-Motel_6_Orlando_FL_International_Dr-Orlando_Florida.html

- 2021 Yelp review of New Hampshire location: "I didn't write this review now as I didn't want to recount it, but after seeing a post about hotels and motels being bystanders of trafficking, I feel that I am obligated to post . . . . ***That night, I'm pretty sure I was almost trafficked. I checked in alone, and was 18 at the time***.

  My ***first red flag*** was the group of men by the stairs at 10 at night. I checked in, with a highly unprofessional man at the front who kept asking questions about me and didn't even ask to see my ID for check in, which were me ***first two red flags***. When I went up to my room, it seemed like a girl who was with the group of men followed me to see where my room was before scurrying off. She looked unwell- my ***third red flag***. I got to the room, and it was not the one I had booked . . . . I checked to see if I was really even checked in by checking to see if any money had been pulled from my card for my stay- it wasn't. It was so late at night I had nobody to call to come get me, . . . so I was stuck. ***I realized that in the system, there was no proof of me ever checking in, so if [I] disappeared, it was like I was never there***.

  Around 11 pm, I began to get aggressive knocking at my door. I looked through the peephole and a burly man was there. I said nothing out of fear. . . . He eventually went away until around 1 am where he and another man returned. He began knocking again while I could see the shadow of the other man trying to look through my blinds to see if I was in there. They attempted to open the door. Terrified, I bound the door with floss and shoved a chair under the handle to reinforce my safety. They stayed out there for about an hour before running off. That whole time, in the lot, there was also a dark van with tinted windows. ***I luckily got out of there fine, but I'm pretty sure I would have been trafficked had I opened the door***.

  In the morning, my aunt came and picked me up and I told her what had happened. We checked in up front as a different man was up there and told him what happened but he merely shrugged it off, and said I wouldn't be charged for the night. I did not stay the second night. ***The actions of the motel staff in not checking me in correctly, allowing people to roam the hallways at night, and not caring about what happens within the motel mortified me***; god knows what could have happened."[59]

- 2021 Yelp review of Nevada location: "I was just visiting for the new year .. the first night started off quiet till about 9:00pm then it became clear that this is a regular hotel for prostitution. This girl had at least 7 different men in her room for loud obnoxiously loud sex. When I called the front desk to notify them Trisha told

[59] Agnes K., YELP (June 15, 2021), https://www.yelp.com/biz/motel-6-nashua-2?hrid=4mK5bopBshw3W7BFION2Eg&utm_campaign=www_review_share_popup&utm_medium=copy_link&utm_source=(direct)

me. 'Hey, [you're] in Vegas. What do you expect ?!' I expected a motel. Not a brothel."[60]

- 2019 Tripadvisor review of California location: "Do not stay here!!! The room was clean, but ***between my teenage daughters being 'propositioned' multiple time[s] by men driving around the hotel and the two instances of human trafficking NEXT door to us, we did not feel safe***. The police were called multiple times, including when they had to forcefully arrest a guy in front of our door. Staff left it to us to alert them to women screaming next door. Your family will not be safe at this motel."[61]

- 2019 Tripadvisor review of California location: "The clientele is less than desirable, ***pretty sure human trafficking is a common occurrence in this place***, I was too scared to go to my vehicle alone or take my eyes off my kids. People outside and in and out of rooms the entire night, slamming doors, lots of drug use and drinking outside throughout the entire place."[62]

- 2019 Yelp review of Nevada location: "This place is a literal craphole, filled with hookers, tweakers, and incompetent staff."[63]

- 2019 Yelp review of Nevada location: "This place is a dump! I would sleep in my truck before I stayed here again. The noise all night long is bad ranging from barking dogs in other rooms to the prostitution or rude people."[64]

- 2018 Tripadvisor review of Nebraska location: "Very sketchy people everywhere, pretty sure I saw a[n] escort lady walking around the parking lot and lot of people who like meth."[65]

---

[60] Amber H., YELP (Dec. 30, 2021), https://www.yelp.com/biz/motel-6-las-vegas-8?hrid=YFpotN1AGdszFXTehL2HoA&utm_campaign=www_review_share_popup&utm_medium=copy_link&utm_source=(direct)

[61] jules4663, *Dangerous Motel Experience*, TRIPADVISOR (July 10, 2019), https://www.tripadvisor.com/ShowUserReviews-g32059-d244420-r688436597-Motel_6_Bellflower_CA_Los_Angeles-Bellflower_California.html

[62] The Johnsons, *Worst motel in Cali.*, TRIPADVISOR (Aug. 14, 2019), https://www.tripadvisor.com/ShowUserReviews-g33203-d244458-r699109354-Motel_6_Ukiah-Ukiah_Mendocino_County_California.html

[63] Lilly C., YELP (Mar. 4, 2019), https://www.yelp.com/biz/motel-6-las-vegas-8?hrid=kWSqIZPRBFS9JXFHerDXwA&utm_campaign=www_review_share_popup&utm_medium=copy_link&utm_source=(direct)

[64] Daniel W., YELP (Apr. 10, 2019),https://www.yelp.com/biz/motel-6-las-vegas-8?hrid=eN18rfOkCGPpv-8uD2wtKQ&utm_campaign=www_review_share_popup&utm_medium=copy_link&utm_source=(direct)

[65] Ladawg22, *Top 3 worst hotel ever*, TRIPADVISOR (June 20, 2018), https://www.tripadvisor.co.uk/ShowUserReviews-g60885-d91492-r589344247-Motel_6_Omaha_NE-Omaha_Nebraska.html

- 2017 Yelp review of Nevada location: "Every time we've been there[,] there are crazy loud parties, pot smoking, etc. we even ran into hookers here."[66]

- 2017 Yelp review of Maryland location: "There's a lot of illegal activities in this area, prostitution, solicitation, as well as drugs. . . . It's also very loud here, for some reason we're always next to a room where someone is getting into a brawl with their partner or perhaps their pimp ... pretty unsettling &[] hard to get through the night when you realize that type of violence is normal in these parts."[67]

- 2016 TripAdvisor review of Texas location: "Unprofessional rude staff; and the rooms are filthy . . . It is a hot bed for drug deals, prostitution, parties hq for what appears underage drinking parties. If I had had the $ to stay elsewhere I would have. This establishment is a waste of your money and a safety hazard. . . . No housekeeping available after 5pm. I am not kidding when I say if you are a family with children, don't stay here. ***There were used condoms in the parking lot, broken glass and people coming and going in and out of rooms all night long***."[68]

- 2015 TripAdvisor review of Tennessee location: "People selling the drugs everywhere, i heard even owner himself involved selling drugs along with his family i cannot even sleep all night trafficking i was in room 111 across my room all night trafficking, next day morning when i complained at desk about selling drugs across my room, the front desk clerk said, he is owners nephew, owner know everything about it, its really awful, its not a safe place at all, besides that lot of cocroaches in room very big."[69]

- 2015 TripAdvisor Review of New Jersey location: "Drugs, Hookers, and Cops,.. oh my!. . . . Pulled over by the EBPD in the parking lot. . . . Cop said I looked suspicious, prompting him to do a full pat down, search of my car, and run my name in the computer. . . , !! I called the Police Dept to complain . . . was told by the Captain that ***'Motel 6 is a high drug and prostitution location, that's why my officers checked you out.'*** . . . Sunday; ***Approached by a different young woman who asked if I needed a "date"***.""[70]

---

[66] Pedro R., YELP (Nov. 3, 2017), https://www.yelp.com/biz/motel-6-las-vegas-8?hrid=cKnLkA9RNaI0GkuSmtgvEw&utm_campaign=www_review_share_popup&utm_medium=copy_link&utm_source=(direct)

[67] Aja B., YELP (May 1, 2017), https://www.yelp.com/biz/motel-6-baltimore-2?hrid=1WniRxwAWhGN66iTFsX-1g&utm_campaign=www_review_share_popup&utm_medium=copy_link&utm_source=(direct)

[68] Lauralasstx, *Unprofessional rude staff; and the rooms are filthy;drug deals and prostitution hq*, TRIPADVISOR (March 28, 2016), https://www.tripadvisor.co.nz/ShowUserReviews-g56208-d244374-r359391483-Motel_6_Lubbock-Lubbock_Texas.html

[69] Ravindra R, *Drugs Den*, TRIPADVISOR (June 3, 2015), https://www.tripadvisor.com/ShowUserReviews-g55229-d98206-r277560318-Motel_6_Nashville-Nashville_Davidson_County_Tennessee.html

[70] travelelingJohn, *Drugs, Hookers, and Cops,.. oh my!*, TRIPADVISOR (Feb. 1, 2015), https://www.tripadvisor.com/ShowUserReviews-g46400-d92368-r252166021-Motel_6_East_Brunswick_NJ-East_Brunswick_New_Jersey.html

104. This sampling of news stories, reviews, and other public information establishes that, at the time Jane Doe and the Class were trafficked at the subject properties, Defendants knew or should have known that:

a. There was widespread and ongoing sex trafficking occurring at Motel 6 and Studio 6 branded properties;

b. Motel 6 and Studio 6 franchisees and hotel staff were not taking reasonable steps to identify, report, and respond to known or probable sex trafficking occurring at their hotel properties and were facilitating sex trafficking at the branded hotel properties;

c. Motel 6 and Studio 6's efforts, if any, to stop facilitating sex trafficking in their branded properties were not effective; and

d. Motel 6 and Studio 6 were earning revenue by providing venues where widespread and ongoing sex trafficking was occurring.

105. The fact that layperson reviewers without any specialized training in recognizing and reporting sex trafficking were able to recognize and report this misconduct further underscores that Defendants knew or should have known about it regardless of whether they enforced the mandatory training in recognition and reporting procedures that they publicly touted.

**3. Hotel Staff Participated In And Facilitated Sex Trafficking**

106. Defendants also knew or should have known about the sex trafficking at their motels because their own staff participated in it and facilitated it. Indeed, hotel staff both directly participated in sex trafficking and consciously turned a blind eye to the obvious illicit activities on the property.

107. Defendants' own customers observed and reported this participation:

- 2026 TripAdvisor review of Georgia location: "We also ***witnessed individuals repeatedly coming and going from rooms while openly discussing how much money they had made and the activities they were engaging in***. This is not the type of environment any family expects when booking a hotel. ***The most disturbing incident involved an adult male attempting to get my 14-year-old daughter to come back to his room***. . . . To make matters worse, the customer service experience did nothing to reassure us. ***The front desk employee appeared bothered by guests during both check-in and check-out. There was little sense of professionalism, urgency, or concern for the issues taking place on the property***."[71]

- 2026 TripAdvisor review of Florida location: "No this is a crack hotel prostitution hotel the manager shantrell asked for cash instead of card she also said she takes food stamps her general manager said he used to smoke crack[] people half naked and crazy running around all night dope iys selling dope housekeepers sitting around rooms dirty filthy sheets disgusting and one house keeper smoking weed on lunch break don't bring your kids here ***this is a prep for prostitutes no one is safe there*** plz beware of these corruptive people we are going to call the news on this property the manager is collecting rent door to door at night when she's off with her wife. who does that ?and bragged how she got her house through renting rooms under the table we were flabbergasted[] but this is the hotel that keeps the light on right they keep it on for illegal activitys [sic] this place should be condemened [sic]."[72]

- 2025 TripAdvisor review of Tennessee location: "***they shoved a camera through our wall while we were sleeping***. wires exposed everywhere. THE LOCK ON THE DOOR HAD BEEN PULLED OFF. ***this is a sex trafficking scheme, i'm convinced***. local authorities need to investigate this place immediately."[73]

- 2024 Yelp review of California location: "Be careful if you stay here I would not if you are a woman especially! Strange men stay outside of the premises. ***On my second night I had two people try to get into my room around midnight. They kept knocking and trying to get in by force. I think that they were trying to traffic or find people for human trafficking***. It was a man and a woman they said that they thought it was their room. I put the latch on the door at some point. I was walking my dog one morning and two men said hello to me out of nowhere then another

---

[71] kay8893, *Families should avoid this place. Open drug deals, sex trafficking, and open prostitution takes place here.*, TRIPADVISOR (June 20, 2026), https://www.tripadvisor.com/ShowUserReviews-g29212-d89908-r1065120610-Motel_6_Augusta_GA-Augusta_Georgia.html

[72] Virginia G, *Motel 6 prostitution going on*, TRIPADVISOR (Jan. 5, 2026), https://www.tripadvisor.com/ShowUserReviews-g34496-d86793-r1045102879-Motel_6_Ocala-Ocala_Florida.html

[73] Cati A, *HIDDEN CAMERAS*, TRIPADVISOR (Jan. 16, 2026), https://www.tripadvisor.com/ShowUserReviews-g32004-d75410-r989500792-Rodeway_Inn-West_Memphis_Arkansas.html

man appeared and those two men followed me towards my room. I have a feeling that the staff is in on all of this it is not safe."[74]

- 2023 TripAdvisor review of California location: "DO NOT STAY HERE. RUN FAR AND FAST. This motel is a nightmare dressed like a felony. ***Obvious prostitution/possible human trafficking***. There's a lovely gentleman that sort of runs the place from his room but he does not work there. Who does work here? I'm not sure because it's certainly not a maid or security."[75]

  2021 Tripadvisor review of Arizona location: "***I found a hidden camera in my room***. The camera was located on top of the mirror across from the bed. The brand is cop cam. It has an SD card and records high resolution motion activated video with sound. It was not in the room when I checked in. While in the office reporting to the hotel staff another guest said two rooms had been broken into the day before. Someone used a key card to enter the rooms. There are worker on site painting room doors and doing cosmetic repairs. I've seen them coming and going from multiple rooms which means they have master key. I took the camera to the front desk and the clerk took pictures and wrote an incident report. I called 911 in the lobby and then went to my room to wait for the police. ***The police arrive and tell me countless times which I estimate 6-10 times that this hotel is known for prostitution, pimp, drug dealers and druggies***. ***The officer told me the staff gives out room keys to these types all the time.*** The police took the camera and gave me a report number. ***I called motel 6 which owns this location to file a complaint; it's not a franchise and they literally said more than once, thank you for the complaint it will be passed to the appropriate department and you "should" hear something back in 30 days!*** . . . ."[76]

- 2015 Tripadvisor review of Washington location: "The police are constantly here for one reason or another. There have been fights and arrests. The place is full of gangbangers, drug dealers and prostitution. ***I believe the staff know these activities are going on but do nothing to stop it.*** I've seen who I thought to be the security guard hanging out in his car all night (yeah that makes me feel safe). Rooms and cars get broken into. The locks fail. . . ."[77]

[74] Bane B., YELP (July 21, 2024), https://www.yelp.com/biz/motel-6-san-dimas?hrid=4dUgG9qGam2EQG_RtoBsRA&utm_campaign=www_review_share_popup&utm_medium=copy_link&utm_source=(direct)

[75] Amanda B, *DO NOT STAY HERE! DANGEROUS*, TRIPADVISOR (Aug. 8, 2023), https://www.tripadvisor.com/ShowUserReviews-g32037-d75905-r908946522-Motel_6_Bakersfield_Airport-Bakersfield_California.html

[76] Matt Sloan, *Hidden Camera Found in Room*, TRIPADVISOR (May 29, 2021), https://www.tripadvisor.com/ShowUserReviews-g31310-d239801-r790350155-Studio_6_Phoenix_AZ_Deer_Valley-Phoenix_Arizona.html

[77] Ami M, *DANGEROUS*, TRIPADVISOR (May 6, 2015), https://www.tripadvisor.com/ShowUserReviews-g58732-d243759-r270325751-Motel_6_Seattle_WA_Sea_Tac_Airport_South-SeaTac_Washington.html

- 2013 Tripadvisor review of Illinois location: "I have recently been relocated with my job out here so looking for a place in glenview area. I stood here for a week. They had pimps and prostitution going on next door, under and across from me my whole week hear. I told front desk of the noise and loud banging they were making all day and night long. The front desk called one room where they were in the prostitute got rude with her you can hear it they were told to check out but the same day they checked back in next door to me. ***Staff here must be in on it some how cause I watched a pimp and a few under age girls go in and out a few rooms across and next to me all night long with custermers***. The following morning around 5am I was woken to a girl in the hall yelling at the pimp who just hit her. ***It gets better I guess staff told them I made a complaint so then after they were banging on my door and getting rooms next to me as well making extreme noise so they can get me out***. Also they were also throwing rocks late night at my windows. This place is more like a homeless shelter but you pay for it!!! They have cams in the hallways but obviously they dont watch them or they dont work or care!!!! Stay away if you are smart!!!!"[78]

108. The participation in and facilitation of sex trafficking of Defendants' employees is evident. Here, again Defendants' own customers—laypeople without specialized training—observed the prevalence of trafficking and complicity. There can be no question that Defendants knew or should have known about the sex trafficking occurring at these motels and the misconduct of their own staff in participating in such heinous activity.

### 4. Defendants Control Their Brand Hotels

109. Defendants participated directly in aspects of the operation of the subject Motel 6 that influenced whether and to what extent trafficking occurred at the hotels, including but not limited to the trafficking of Jane Doe, as follows:

a. According to the Company's website, Defendants have publicly assumed responsibility and control over the human trafficking response of all Motel 6 and Studio 6 properties, including design and implementation of practices to prevent

[78] quuit, *A good place for fake pimps and prostitution!!!!*, TRIPADVISOR (May 26, 2013), https://www.tripadvisor.com/ShowUserReviews-g36052-d243950-r161932063-Motel_6_Glenview_IL_Chicago_North-Glenview_Illinois.html

trafficking, safety and security procedures, employee and franchisee education, training, and response, partnership with external organizations, and advocacy;[79]

b. According to Defendants' own documents, Defendants set requirements for when their branded hotels must share information with law enforcement and when law enforcement would be contacted about suspected criminal activity in G6 branded hotels;[80]

c. As stated in G6's Environmental, Social, Governance ("ESG") Reports published in 2021 and 2023, Defendants directed their branded hotels response to trafficking by creating a reporting hotline for hotel staff and franchisees to report suspected human trafficking to the Defendants.;[81]

d. According G6's 2021 ESG Report, Defendants retained control over determining which hotels needed additional training or other resources based on a high risk of human trafficking and other related criminal activity;[82]

e. As reflected in the 2021 ESG Report, Defendants expressly retained control to terminate hotel staff and/or a franchising agreement based on the response to human trafficking;[83]

---

[79] *See G6 Combatting Human Trafficking*, G6 HOSPITALITY https://g6hospitality.com/about-us/combating-human-trafficking/ ("G6 Combatting Human Trafficking").

[80] *See Lighting the Way: G6 Hospitality 2023 Environmental, Social, Governance Report*, G6 HOSPITALITY, at 26 (2024), https://g6hospitality.com/wp-content/uploads/2024/12/G6_2024_ESG-Report_V10.pdf ("2023 G6 ESG Report").

[81] *See 2023 G6 ESG Report*, *supra* note 80 at 26; *Lighting the Way: G6 Hospitality 2021*, G6 HOSPITALITY, at 24 (2021) https://g6hospitality.com/wp-content/uploads/2021/12/G6_ESG-Report_2019-2021_V6.pdf ("2021 G6 ESG Report").

[82] *2021 G6 ESG Report*, *supra* note 81 at 24.

[83] *Id.*

f. According to G6's 2021 and 2023 ESG Reports, Defendants retained control, at the brand-wide level, over training on how to spot the signs of and help prevent human trafficking.[84] Defendants determined whether the training is provided, when it is provided, the content of the training, how the training is delivered, who receives the training, and the consequences if someone does not participate in the training or fails to follow such training. Although they delayed making any reasonable effort to do so, Defendants acknowledge that they retain control to adopt requirements for franchised hotels specifically designed to prevent human trafficking and other criminal activity;[85]

g. According to the 2021 ESG Report, Defendants maintain a Safety & Security Team and a Critical Incident Rapid Response Team that are charged with investigating and responding to potential criminal incidents at all Motel 6 properties, including suspected trafficking incidents;[86]

h. Defendants are responsible for adopting, enforcing, and monitoring policies and codes of conduct related to human trafficking at the subject Motel 6 locations;[87]

i. According to Defendants' own documents, Defendants maintained control over all details of the terms under which franchised hotels, including Motel 6 and Studio 6 locations, offered internet services to customers, including dictating the software,

---

[84] *See G6 Combatting Human Trafficking*, *supra* note 79; *2023 G6 ESG Report*, *supra* note 80 at 31.

[85] *See Franchise Disclosure Document*, G6 HOSPITALITY FRANCHISING LLC (July 1, 2021) ("2021 Franchise Disclosure Document").

[86] *See 2021 G6 ESG Report*, *supra* note 81.

[87] *See 2023 G6 ESG Report*, *supra* note 80 at 22; *G6 Hospitality Reaffirms Commitment to Combating Human Trafficking During National Slavery and Human Trafficking Prevention Month*, G6 HOSPITALITY (Jan. 4, 2021), https://g6hospitality.com/g6-hospitality-reaffirms-commitment-to-combating-human-trafficking-during-national-slavery-and-human-trafficking-prevention-month/ ("G6 Jan. 2021 Press Release").

hardware, and service provider to be used, and setting all policies about use and restrictions on use;[88] and

j. According to Defendants own website and documents, Defendants retained control over the setting and enforcement of policies and protocol for housekeeping services at Motel 6 and Studio 6 locations, including policies for how often rooms must be entered, and steps to monitor guest safety issues through housekeeping services;[89]

110. G6 directly participated in and retained day-to-day control over renting rooms at Motel 6 and Studio 6 locations by, among other things:

a. Defendants controlled all details of the guest reservation, check-in, and payment processes through management and control over all systems used for those processes and adoption of detailed and specific policies governing the means and methods used for each of these processes;[90]

b. Defendants established and maintained control over a brand-wide "do not rent" system, which tracks guests who "have created unsafe conditions during a hotel stay" to ensure "rooms are not rented [those] individuals" in the future.[91] The Defendants set all policies related to use of this system and dictated the day-to-day details of reservations at Motel 6 and Studio 6 locations through detailed policies that it established regarding use of this "do not rent" system;[92]

---

[88] *See 2021 Franchise Disclosure Document*, *supra* note 85 at 41; *2023 G6 ESG Report*, *supra* note 80at 23.

[89] *See G6 Jan. 2021 Press Release*, *supra* note 87.

[90] *See 2021 Franchise Disclosure Document*, *supra* note 85 at 112, 121-23.

[91] *See 2021 G6 ESG Report*, *supra* note 81 at 23.

[92] *See 2023 ESG Report*, *supra* note 80 at 22; *2021 Franchise Disclosure Document*, supra note 85 at 110.

c. According to G6's 2021 FDD, Defendants controlled room rates, required discounts, mandatory fees, and rewards program;[93]

d. According to the 2021 ESG Report, Defendants controlled and oversaw policies and procedures regarding check-in, payment, and identity verification procedures;[94]

e. According to G6's 2021 FDD, Defendants collected, retained, monitored, and analyzed detailed data about every guest who stayed at Motel 6 and Studio 6 locations;[95]

f. Defendants established detailed policies and protocols that dictated, step-by-step, everything that would happen from the time a guest arrived at Motel 6 and Studio 6 locations until they entered their guest room. This included operational directives regarding payment methods, identification requirements, the number of guests that could be in each room and whether information needed to be collected for each guest and other matters related to check-in;[96] and

g. According to G6's 2021 FDD, Defendants required franchisees to use G6's property management system, which was owned, maintained, controlled, and operated by the Defendants, for virtually all aspects of hotel operations regarding room reservations and payment.[97]

---

[93] *See 2021 Franchise Disclosure Document*, *supra* note 85 at 60, 112.

[94] *See 2023 ESG Report*, *supra* note 80 at 23.

[95] *See 2021 Franchise Disclosure Document*, *supra* note 85 at 51, 155.

[96] *See 2021 Franchise Disclosure Document*, *supra* note 85 at 39.

[97] *See 2021 Franchise Disclosure Document*, *supra* note 85 at 9, 144.

### 5. Defendants' Continued Facilitation Of Trafficking Despite Knowledge

111. G6 knew or should have known that Jane Doe was being trafficked and, despite this, benefited from continued association with her traffickers by providing them hotel rooms and related services to facilitate Jane Doe's sexual exploitation.

112. Despite having actual or constructive knowledge of the ongoing sex trafficking at Motel 6 and Studio 6 locations, Defendants continued participating in a venture at these motels, with its franchisees and the hotel staff, in a way that it knew or should have known would lead to additional sex trafficking at the hotels, including but not limited to the following:

a. Defendants adopted a safety and security budget and safety and security practices that were clearly insufficient considering the known problem of sex trafficking at Motel 6 and Studio 6 properties;

b. Defendants implicitly approved decisions by franchisees and hotel staff not to report or respond to criminal activity including sex trafficking appropriately;

c. Defendants attracted traffickers by affirmatively creating a favorable venue where access was easy, risks of interference were low, and traceability was minimal;

d. Defendants willfully delayed taking obvious and apparent steps to stop facilitating sex trafficking, which they had the ability and responsibility to take sooner; and

e. Defendants allowed traffickers to reserve rooms using cash, which provided relative anonymity and non-traceability.

113. If G6 had exercised reasonable diligence when operating their Motel 6 and Studio 6 properties and in the areas where it retained control, G6 would have prevented Motel 6 and Studio 6 locations from being used to facilitate widespread and ongoing sex trafficking, including the trafficking of Jane Doe and the members of the Class. Instead, Defendants engaged in a course

of conduct that affirmatively facilitated widespread and ongoing sex trafficking, including the trafficking of Jane Doe.

### 6. Defendants' Financial Benefit From The Trafficking Venture

114. Defendants chose profits over people. Defendants derived a direct and continuing financial benefit from the sex trafficking that occurred at their branded properties, including the subject Motel 6 locations where Jane Doe was trafficked.

115. Each time a room was rented to Plaintiffs' traffickers, Defendants received revenue from that rental, as well as fees and franchise payments tied to the occupancy and gross revenue generated by that room.

116. Defendants also benefited from the loyalty of a customer base that included individuals who used Defendants' properties, including their internet and reservation systems, to facilitate commercial sex, while avoiding the costs associated with implementing and enforcing meaningful anti-trafficking policies and training.

117. Because Defendants knew or should have known that Jane Doe's traffickers and the Class's traffickers were engaged in sex trafficking at the subject Motel 6 locations, and because Defendants continued to rent rooms to, and provide services for, those traffickers notwithstanding that knowledge, Defendants knowingly benefited from participation in a venture that violated the TVPRA.

## CLASS ALLEGATIONS

118. Jane Doe brings this action pursuant to Federal Rule of Civil Procedure 23(b)(3) and 23(c)(4) on behalf of herself and the following Class:

> All persons who (1) were trafficked, as defined by the Trafficking Victims Protection Reauthorization Act; (2) in the territory of the United States; (3) where such trafficking occurred in whole or in part on the property of; (4a) an establishment owned by Defendants; and/or (4b) an establishment conducting business under a brand or trade name owned or controlled by Defendants.

119. The members of the Class are so numerous that individual joinder of all members is impracticable. Plaintiff is informed and believes that there are hundreds or thousands of members of the Class, the precise number being unknown to Plaintiff but ascertainable from Defendants' records.

120. This action involves common questions of law and fact that predominate over any questions affecting only individual Class Members, including, without limitation, whether Defendants received a financial benefit or other thing of value from sex trafficking occurring at their properties, whether Defendants knew or should have known that they were participating in a venture that engaged in sex trafficking, and whether Class Members are entitled to damages, restitution, or injunctive relief.

121. Plaintiff's claims are typical of the claims of other Class Members because, among other things, all Class Members were similarly situated and were injured through Defendants' common course of conduct alleged herein.

122. Plaintiff is an adequate representative of the Class because her interests do not conflict with the interests of other Class Members, and Plaintiff has retained counsel competent and experienced in complex litigation who intend to prosecute this action vigorously.

123. A class action is superior to other available methods for the fair and efficient adjudication of this controversy because the damages suffered by individual Class Members, while significant, would make it impracticable for members of the Class to individually litigate their claims, and a class action will avoid the risk of inconsistent adjudications.

## CAUSES OF ACTION

### COUNT I: VIOLATION OF THE TRAFFICKING VICTIM'S PROTECTION REAUTHORIZATION ACT, 18 U.S.C §1595 (AGAINST ALL DEFENDANTS)

124. Plaintiff Jane Doe realleges and incorporates by reference all preceding paragraphs of this Complaint as if fully set forth in this Count.

125. Jane Doe brings this Count individually and on behalf of the other Class Members she respectively seeks to represent.

126. G6 knowingly and intentionally benefitted, financially and by receiving things of value, from participating in, assisting, supporting, and facilitating an illegal coercive sex-trafficking venture that was in and affecting interstate and foreign commerce, together and with others, in violation of 18 U.S.C §§1591 (a)(2), 1595.

127. Defendants took many concrete steps to aid and participate in this sex-trafficking venture, including by continuing to associate with the hotel staff and Franchisee Defendants to operate the subject Motel 6 properties, by renting rooms and providing internet access to individuals they knew or should have known were engaged in trafficking, and by maintaining and enforcing brand-wide policies that permitted rooms to be rented to known or suspected traffickers, as described more fully throughout this Complaint.

128. Hotel brands, including G6, own properties and lend their name and likeness to third party owners, including franchisee owners, while the building and operations are under the brand's supervision and control through brand standards, franchise agreements, inspections, reports, authority, and otherwise maintaining control over all aspects of operations. In return, the parent brand attempts to exchange the high risk that is inherent in owning an asset like a hotel property for the low risk associated with owning a local property or franchise contract and still

profits from filling the rooms and its operations. As such, the hotel and parent brands, the Motel 6/Studio 6 franchisees are inextricably intertwined.

129. At all times of trafficking alleged herein and currently, in addition to brand recognition, a marketing organization, hotel listings in the Global Distribution System (GDS) and other online travel agency databases, the brand provides the franchise hotel with access to its brand-wide central reservation system, 1-800 number, revenue management tools, loyalty programs and a website. Thus, booking and room reservations are controlled by the corporate parent brand.[98] Here Defendants provided Motel 6 Defendants with the same brand marketing tools and Defendants controlled and had access to the subject bookings and room reservations.

130. Upon information and belief, per the franchise agreement, the parent brand, Defendants, may enforce its standards through periodic and regular inspections and even termination of the franchise agreement if the franchise hotel is found to be inadequate. The right of the parent hotel brand, Defendants, to enforce their brand standards, including safety standards, is also their responsibility. This was true before and at the time of all trafficking alleged herein.

131. At all times of trafficking alleged herein, the Defendants dictated Motel 6 and Studio 6 policies related to safety, security, human trafficking, employee training and Motel 6's response, as well as other subjects.

132. Upon information and belief, at all times of trafficking alleged herein, reservation information for rooms at the subject motel passed through a system operated and managed by Defendants.

---

[98] Ellen Meyer, *The Origins and Growth of Franchising in the Hotel Industry*, LODGING MAG. (Apr. 10, 2018) https://lodgingmagazine.com/the-origins-and-growth-of-franchising-in-the-hotel-industry/.

133. Defendants facilitated trafficking through its practices, policies, and procedures. Defendants failed to take appropriate action to prevent the trafficking of individuals, including Jane Doe, for sex so that Defendants, could continue to profit from the room rentals and business that trafficking brings, including business from all over the state, country, and world.

134. Defendants owned and operated properties including the subject property, while buyers paraded in and out of rooms rented for the purpose of trafficking Plaintiff. Defendants' agents and employees observed and should have observed the buyers parading in and out of its hotel rooms to engage in the sex trafficking of Plaintiff. Employees and agents of Defendants' franchisees observed and should have observed the trafficking occurring regularly and for multiple days at a time at Motel 6 and Studio locations. Defendants directly know about the trafficking through its agents and employee's relationship with traffickers of Plaintiff and the Class.

135. Defendants knowingly and intentionally, through various means, participated in, perpetrated, assisted, supported, facilitated a sex-trafficking venture that was in and affecting interstate and foreign commerce, together and with others, in violation of 18 U.S.C §§1591(a)(1), 1595.

136. Among other things, Defendants knowingly and intentionally, through various means, recruited, enticed, provided, obtained, advertised, maintained, patronized, and/or solicited Jane Doe, as well as other Class Members, knowing that their traffickers would use means of force, threats of force, fraud, coercion, and a combination of such means to cause Jane Doe, as well as other Class Members, some of whom were under the age of eighteen, to engage in commercial sex acts.

137. Defendants' intentional conduct in this case is part of a pattern and practice of G6 profiting by undertaking illegal clients.

138. By virtue of its knowing and intentional violations of U.S.C §§1591(a)(1), 1595, Defendants are liable to Jane Doe and the other members of the Class for the damages they sustained and reasonable attorneys' fees.

139. By virtue of these intentional and outrageous violations of U.S.C §§1591(a)(1), 1595, Defendants are liable to Jane Doe and other members of the Class for punitive damages.

140. Through the acts and omissions described throughout this Complaint, Defendants received a financial benefit from participating in a venture that they knew or should have known was engaged in sex trafficking in violation of the TVPRA.

**COUNT II: CONSPIRACY TO VIOLATE THE TVPRA**
**(AGAINST ALL DEFENDANTS)**

141. Plaintiff Jane Doe realleges and incorporates by reference all preceding paragraphs of this Complaint as if fully set forth in this Count.

142. At all relevant times, Defendants knowingly agreed, contrived, confederated, acted in concert, aided and abetted, and/or conspired to continue their longstanding practice of renting rooms to known and suspected human traffickers, long after the enactment of §1595 rendered it illegal for them to profit from the same.

143. Defendants, pursuant to either an explicit agreement or at least an implicit understanding, each maintained and continues to maintain policies, procedures, and training protocols that create environments at their branded hotel locations in which it is understood and accepted that rooms shall be rented to known and suspected human traffickers and profits shall be derived therefrom.

144. Defendants control nearly every aspect of operations, including employee management, at their branded hotel locations through a web of franchise agreements and brand quality standards.

145. The staffing decisions at the individual hotel locations are sufficiently controlled by Defendants as to render staff at those locations' agents and joint employees of the brand manager Defendants and the individual hotel locations. *See M.A. v. Wyndham Hotels & Resorts, Inc.*, 425 F. Supp. 3d 959, 972 (S.D. Ohio 2019).

146. The staff at individual locations, including the locations at which Plaintiff was trafficked, took affirmative action, as agents of the brand manager Defendants, to provide lodging to individuals who the staff and brand manager Defendants knew or should have known were engaged in human trafficking.

147. The staff took these actions in compliance with a set of policies, procedures, and training protocols created, and subsequently maintained with few changes, by Defendants in the full knowledge that-and, upon information and belief, with the intent that- such policies, procedures, and training protocols would ensure that human traffickers continued to do business at Defendants' branded hotel locations thus generating profit for Defendants.

148. Moreover, upon information and belief, despite the overwhelming data possessed by, and available to, Defendants, individually, jointly and in conspiracy with each other willfully and maliciously used their influence, through the AHLA, over local, state and federal agencies to restrict the disclosure of and otherwise to mask material facts about the prevalence of human trafficking and the hotel industry's failure to act regarding the same.

149. As co-conspirators, Defendants are jointly and severally liable for Plaintiff's trafficking at every property. Defendants' conspiracy to maintain practices, policies and procedures that allowed Defendants to financially benefit from unlawful commercial sex ventures and human trafficking.

150. G6 Defendants' conspiracy kept franchisees, who knew or should have known about human trafficking at their properties, from taking meaningful action, resulting in significant injuries to Plaintiff and additional victims.

151. Defendants' conspiracy is a continuing conspiracy, and the overt acts performed in furtherance of the conspiracy's objective(s) are ongoing.

**COUNT III: VIOLATION OF THE CHILD ABUSE VICTIMS RIGHTS ACT ("CAVRA")**

152. Plaintiff, individually and on behalf of members of the Class, incorporates all preceding paragraphs as fully set forth herein. The CAVRA claim is on behalf of the Class set forth above.

153. Class Members were "minors" pursuant to 18 U.S.C. § 2255(a) when they were trafficked.

154. Class Members were "victims" of violations of 18 U.S.C. § 1591.

155. Class Members suffered "personal injury" pursuant to 18 U.S.C. § 2255(a) as a result of those violations.

156. Class Members were "person[s]" who have "not attained the age of 18 years" pursuant to 18 U.S.C. § 1591(a)(2).

157. Defendants knew or should have known that means of force, threats of force, fraud, coercion, or any combination of those means would be used to cause Class Members to engage in a commercial sex act, pursuant to 18 U.S.C. § 1591(a)(2).

158. Defendants knowingly benefited, financially or by receiving anything of value, from participation in ventures of renting rooms and providing Wi-Fi that recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and/or solicited Plaintiff and class members to engage in commercial sex acts.

159. Defendants engaged in a conspiracy to ignore and actively refrain from engaging in any conduct that would prevent them from profiting from sex trafficking at their branded properties.

160. Wherefore, by reason of the foregoing, Defendants are jointly and severally liable to Plaintiff for compensatory damages and for punitive damages, in the amount to be determined at trial, together with interest and costs

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Jane Doe (T.H.), individually and on behalf of the Class, respectfully requests that this Court enter judgment in her favor and against Defendants, jointly and severally, certify the Class pursuant to Federal Rule of Civil Procedure 23, and award compensatory damages; punitive damages in an amount sufficient to punish Defendants and deter similar conduct; disgorgement of profits and restitution; appropriate injunctive relief requiring Defendants to adopt and enforce policies and training necessary to prevent human trafficking at their branded properties; attorneys' fees and costs of this action as provided under 18 U.S.C. § 1595; pre- and post-judgment interest; and such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable.

Dated: July 28, 2026

Respectfully submitted,

/s/ John C. Camillus
John C. Camillus (0077435)
LAW OFFICES OF JOHN C. CAMILLUS, LLC
P.O. Box 141410
Columbus, OH 43214
Tel: (614) 992-1000
Fax: (614) 559-6731
jcamillus@camilluslaw.com

-and-

Avi Josefson (pro hac vice forthcoming)
Rebecca E. Boon (pro hac vice forthcoming)
Rashelle R. James (pro hac vice forthcoming)
Carolina Yu (pro hac vice forthcoming)
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
avi@blbglaw.com
rebecca.boon@blbglaw.com
rashelle.james@blbglaw.com
carolina.yu@blbglaw.com

*Counsel for Plaintiffs*